# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAY BARRINGER,**

   *Plaintiff*,

v.                                               Case No.: 4:22cv342-MW/MAF

**RICKY DIXON,**
**SEC'Y FLA. DEP'T OF CORR.,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g) because Plaintiff did not pay the filing fee at the time he initiated this case and fails to meet the imminent danger exception. In addition, because Plaintiff affirmatively misrepresented his federal litigation history under the penalty of

perjury, the case is **DISMISSED** as malicious." The Clerk shall close the file.

**SO ORDERED on November 22, 2022.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**